IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DAVID KING, JR. | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-75 |
| TEX. DEP'T CRIM. JUST., ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff David King, Jr., an inmate confined at the Wainwright Unit of the Texas Department of Criminal Justice, Institutional Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has requested leave to proceed *in forma pauperis*.

This action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Pursuant to 28 U.S.C. § 1915(b), a prisoner bringing a civil rights action *in forma pauperis* shall be required to pay the full filing fee. When insufficient funds exist to pay the full filing fee at the time of filing, a prisoner requesting to proceed *in forma pauperis* is required to pay an initial partial filing fee of twenty percent of the greater of the average monthly balance in or deposits into the prisoner's account. After payment of the initial partial filing fee, twenty percent of each month's income is deducted from the prisoner's inmate account until the full filing fee is paid.

Plaintiff did not submit an account statement from an authorized prison official. Thus, the court is unable to assess an initial partial filing fee in accordance with § 1915(b). However, on his application for leave to proceed *in forma pauperis*, Plaintiff stated that he owns a United States Bond

valued at approximately $100,000,000.00. In light of Plaintiff's assertions concerning his financial status, made under penalty of perjury, Plaintiff has sufficient funds to pay the full filing fee. Accordingly, his application for leave to proceed *in forma pauperis* should be denied.

## Recommendation

Plaintiff's application to proceed *in forma pauperis* should be denied, and Plaintiff should be allowed thirty days to pay the filing fee of $402.00.

## Objections

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 24th day of April, 2023.

Zack Hawthorn
United States Magistrate Judge